# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESTATE OF EWELL E. LONG, BY ITS PERSONAL REPRESENTATIVE, CAROL A. KEISER-LONG,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB; BROADRIVER III, LP; AND COOK STREET MASTER TRUST III,<br><br>Defendants. | C.A. No. 25-358-MN |

**DEFENDANT WILMINGTON SAVINGS FUND SOCIETY, FSB'S NOTICE OF JOINDER AND JOINDER TO DEFENDANTS BROADRIVER III, LP'S AND COOK STREET MASTER TRUST III'S <u>MOTION TO DISMISS THE COMPLAINT</u>**

PLEASE TAKE NOTICE that Defendant Wilmington Savings Fund Society, FSB ("Securities Intermediary"), by and through its undersigned counsel, hereby joins Defendants BroadRiver III, LP's and Cook Street Master Trust III's Motion to Dismiss the Complaint ("Motion"), filed in this case on April 24, 2025. Securities Intermediary supports, adopts, and joins in the Motion; the arguments and authorities set forth in the Motion and accompanying brief; and the relief requested therein.

| | |
|---|---|
| Dated: April 24, 2025 | **K&L GATES LLP**<br><br>*/s/ Matthew B. Goeller*<br>Steven L. Caponi (No. 3484)<br>Robert K. Beste (No. 3931)<br>Matthew B. Goeller (No. 6283)<br>Michael J. Vail (No. 6994)<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>steven.caponi@klgates.com<br>robert.beste@klgates.com<br>matthew.goeller@klgates.com<br>michael.vail@klgates.com<br><br>*Attorneys for Defendant Wilmington Savings Fund Society, FSB* |