# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESTATE OF EWELL E. LONG, BY ITS PERSONAL REPRESENTATIVE, CAROL A. KEISER-LONG, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) C.A. No. 25-358-MN |
| v. | )<br>) |
| WILMINGTON SAVINGS FUND SOCEITY, FSB; BROADRIVER III, LP; AND COOK STREET MASTER TRUST III, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on March 7, 2025, Plaintiff the Estate of Ewell E. Long, by its personal representative Carol A. Keiser-Long (the "Estate") filed a Complaint in the Superior Court of the State of Delaware against Defendants BroadRiver III, LP ("BroadRiver"), Cook Street Master Trust III ("CSMT"), and Wilmington Savings Fund Society, FSB ("Securities Intermediary") (collectively with BroadRiver and CSMT, "Defendants") (D.I. 1-1);

WHEREAS, on March 21, 2025, Defendants removed the action to this Court (D.I. 1);

WHEREAS, on April 24, 2025, Defendants BroadRiver and CSMT filed a Motion to Dismiss the Complaint for Failure to State a Claim (the "Motion") (D.I. 11);

WHEREAS, on April 24, 2025, Defendant Securities Intermediary filed a Joinder to the Motion (D.I. 16);

WHEREAS, pursuant to L.R. 7.1.2(b), the Estate's deadline to oppose the Motion is May 8, 2025;

WHEREAS pursuant to Fed. R. Civ. P. 15(a), the Estate's deadline to amend the Complaint as a matter of course is May 15, 2025;

WHEREAS, on April 28, 2025, counsel to the Estate requested an extension of time to oppose or otherwise respond to the Motion, and counsel to Defendants agreed to extend the Estate's deadline to May 15, 2025;

WHEREAS, there is good cause for the extension, including because the requested extension is relatively short, and the requested extension will not prejudice the Parties;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. The Estate shall have until May 15, 2025, to respond to the Motion or file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a).

Dated: May 5, 2025

| | |
|---|---|
| **COZEN O'CONNOR** | **K&L GATES LLP** |
| */s/ Nathan Barillo* | */s/ Michael J. Vail* |
| Kaan Ekiner (No. 5607) | Steven L. Caponi (No. 3484) |
| Nathan Barillo (No. 5863) | Robert K. Beste (No. 3931) |
| 1201 North Market Street, Suite 1001 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19801 | Michael J. Vail (No. 6994) |
| (302) 295-2046 | 600 N. King Street, Suite 901 |
| kekiner@cozen.com | Wilmington, DE 19801 |
| nbarillo@cozen.com | (302) 416-7000 |
| | steven.caponi.@klgates.com |
| -and- | robert.beste@klgates.com |
| | matthew.goeller@klgates.com |
| Michael J. Miller (*pro hac vice*) | michael.vail@klgates.com |
| Brian D. Burack (*pro hac vice*) | |
| Kara E. Cheever (*pro hac vice*) | *Attorneys for Defendants* |
| 1650 Market Street, Suite 2800 | |
| Philadelphia, PA 19103 | |
| | |
| *Attorneys for Plaintiff* | |

**SO ORDERED THIS** _____ day of May, 2025.

_____
Judge Maryellen Noreika